U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 2 5 2013

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEAN ZMUDA                                                              PLAINTIFF

VS.                        NO. 13-6072-SOH

BOOKS A MILLION                                                         DEFENDANT

## COMPLAINT

Plaintiff, for her complaint against defendant, states;

1. Plaintiff is a citizen and resident of Garland County, Arkansas.

2. Defendant is a corporation organized under the laws of the state of Delaware with its principal place of business in Alabama.

3. The amount in controversy, exclusive of interest and costs, exceeds $75,000.

4. On August 20, 2011, plaintiff was shopping in defendant's place of business in Hot Springs, Arkansas. She was a business invitee. While she was shopping, a large number of bound, heavy books fell from an upper shelf striking her on the head and upper body. She was knocked to the ground and suffered injuries. Plaintiff was not touching the shelf and did nothing to cause the books to fall.

5. Defendant knew or should have known that books which were not stacked properly could fall and injure patrons of its business. Employees of the defendant negligently and improperly stacked the books in such a manner as to cause the books to be unstable.

6. Alternatively, the books would not have fallen in the absence of negligence by employees of the defendant. The books were under the exclusive control of the defendant, in the normal course of events no injury would have occurred if defendant had used ordinary care while

the books were under its exclusive control, and the doctrine of res ipsa locquitor applies.

7. As a proximate result of the negligence of the defendant, plaintiff has sustained damages. She has incurred medical expenses and will do so in the future, has lost wages and will do so in the future, has suffered pain and mental anguish and will do so in the future, has scars and disfigurement, and has sustained a permanent injury.

8. Plaintiff demands a trial by jury.

WHEREFORE, plaintiff prays judgment against defendant in an amount in excess of $75,000, for her costs and all other proper relief.

Respectfully submitted,

Timothy O. Dudley, #82055
114 South Pulaski Street
Little Rock, AR 72201
(501) 372-0080
todudley@swbell.net

Charles D. Matthews, Esquire
2504 McCain Blvd., Suite 101
North Little Rock, AR 72190
(501) 519-2625
charlesdmatthews@gmail.com

BY: /s/ Tim Dudley