IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEAN ZMUDA                                                                                    PLAINTIFF

V.                              Case No. 6:13-CV-6072

BOOKS-A-MILLION, INC.                                                               DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant Books-A-Million, Inc. ECF No. 17. Plaintiff Dean Zmuda has responded. ECF No. 20. Books-A-Million has filed a reply. ECF No. 23. The matter is ripe for the Court's consideration. For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Books-A-Million's Motion for Summary Judgment (ECF No. 17) should be and hereby is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 14th day of May, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge